UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:13-cr-00046-RLY-CMM |
| | ) | |
| JAMES COY, | ) | -04 |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on USPO Petition

for Action on Conditions of Supervised Release.   The parties were afforded due

opportunity pursuant to statute and the rules of this court to file objection; parties waived

the objection period and none were raised or filed.   The court, having considered the

Magistrate Judge's Report and Recommendation, hereby ADOPTS the Magistrate Judge's

Report and Recommendation.

**SO ORDERED** this 22nd day of March 2021.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record