# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | 3:13-cr-00046-RLY-CMM-4 |
|     vs. | ) | |
| | ) | |
| JAMES COY, | ) | |
|     Defendant | ) | |

## REPORT AND RECOMMENDATION

On September 15 and 20, 2022, the Court held final hearings on the Petition for Warrant/Violation for Offender Under Supervision filed on August 16, 2022. An initial hearing was held on August 24, 2022.[1] James Coy, ("Defendant") appeared with FCD counsel, Dominic Martin. The Government appeared by Kristian Mukoski on behalf of Lauren Wheatley, Assistant United States Attorney. U. S. Probation appeared by Officer Justin Driskill.

The parties advised the Court at the outset of the hearing that a proposed agreement was reached by which the defendant would stipulate to admitting Violation #1 and #2 in the Petition, Docket No. [519]. The Court ultimately rejected the proposed agreement.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. §3583:

---

[1] Following the hearing on September 15, the Magistrate Judge reviewed the record to confirm that the defendant had been sworn and admitted the violations during the original hearing on August 24. The defendant had not formally made the admission at that hearing, and so the Court scheduled a third hearing on September 20 to complete the record in this matter.

1. The Court advised the Defendant of his rights. The Defendant advised that he had received and reviewed the petitions and had the opportunity to confer with counsel in advance of the hearing. Defendant waived his right to a preliminary hearing and the Court found probable cause to proceed on the Petitions.

2. The defendant was advised that this matter had been referred by the District Judge and that the District Judge has final authority whether to accept, reject, or modify the recommendation.

3. During the September 20 hearing, and after being placed under oath, Defendant admitted Violations No. 1 and No. 2 of petition [56].

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1. | "You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage." |
| | As previously reported to the Court, on February 18, 2022, Mr. Coy tested positive and admitted to ingesting methamphetamine and on July 8, 2022, Mr. Coy tested positive for and admitted to ingesting methamphetamine, THC and MDMA. |
| | Also, on August 10, 2022, Mr. Coy was cited and ultimately charged for Possession of Marijuana, a Class B Misdemeanor under Cause 14D01-2208-CM-868 in Daviess Superior Court. |
| 2. | "You shall not commit another federal, state, or local crime." |
| | On August 10, 2022, Mr. Coy was cited and ultimately charged for Possession of Marijuana, a Class B Misdemeanor under Cause 14D01-2208-CM-868 in Daviess Superior Court. |

4. The parties stipulated that:

    (a)    The highest grade of violation is a Grade **B** violation.

    (b)    Defendant's criminal history category is **VI**.

    (c)    The range of imprisonment applicable upon revocation of supervised release, therefore, is **21-27** months imprisonment.

5. The Magistrate Judge, having considered the factors in 18 U.S.C. §3553(a), and as more fully set forth on the record, finds that:

    (a)    The Defendant violated the supervised release conditions as alleged in Violation #1 and Violation #2;

    (b)    Departing from the parties' agreement, the Magistrate Judge recommends defendant serve 24 months with placement in the FCI Ashland, Kentucky with access to substance abuse and mental health treatment, and without extension of any further federal supervised release;

    (c)    That the agreement of the parties is an appropriate resolution of this matter and the agreement is commended to the favorable consideration of the District Judge with the Magistrate Judge's recommendation for sentencing;

Defendant shall remain in custody pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

Dated: September 20, 2022

_____
CRAIG M. McKEE, Magistrate Judge
United States District Court
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email generated by the court's ECF system